AO 106 (Rev. 01/09) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 1:21mj143
)
CARLISS RASHAAN EADY )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the ___Western___ District of ___Virginia___ *(identify the person or describe property to be searched and give its location):* The person of Carliss Rashaan EADY (to include the area and items under his immediate control - e.g. clothing, shopping bags, backpack, cellular telephone/smartphone, containers, etc.)

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):* See Attachment A

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of __21__ U.S.C. § __846/841(a)(1)__, and the application is based on these facts: See Attachment B       and 841(a)(1)

☑ Continued on the attached sheet.

☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Brian Snedeker, Special Agent
*Printed name and title*

Sworn to before me ~~and signed in my presence~~ telephonically.

Date: 12/9/21

_____
Judge's signature

City and state: Abingdon, Virginia

Pamela Meade Sargent, USMJ
*Printed name and title*

## ATTACHMENT A

1. Methamphetamine distribution paraphernalia including (but not limited to) scales, scale calibration weights, cutting materials, small Ziploc-type plastic bags (new/unused), wrapping materials; devices used to communicate with other drug traffickers/co-conspirators including cellular telephones.

2. Books, records, ledgers, notes, and videos pertaining to the illicit distribution, purchasing, and transporting of methamphetamine.

3. Messages, letters, telephone numbers, and addresses relating to customers, suppliers, and other co-conspirators involved with the illicit distribution, purchasing, and transporting of methamphetamine. These messages, letters, telephone numbers, and addresses may be written on personal calendars, personal address and /or telephone books, notebooks, loose pieces of paper, and found in mail.

4. Photographs and videos depicting methamphetamine, drug distribution paraphernalia, substantial assets, co-conspirators, and persons with methamphetamine,

5. Books, ledgers, receipts, bank statements, cashier's checks, and other items evidencing the acquisition, secreting, transferring and/or concealment of assets or the expenditure of narcotics proceeds.

6. Items listed in Paragraphs 2 through 5 may be stored in digital media. Therefore, digital media (including but not limited to computers/computer hard drives, CDs/DVDs, flash/jump drives, personal digital assistants (PDA's), cellular telephones/smartphones, digital cameras, iPODs, iPADs, etc.) are to be seized and examined for the items listed in Paragraphs 2 through 5.

ATTACHMENT B

AFFIDAVIT of
Special Agent Brian Snedeker
Drug Enforcement Administration
Bristol, Virginia

1. I, Special Agent Brian Snedeker, being duly sworn hereby depose and say:

2. The purpose of this application and affidavit is to secure a search warrant for methamphetamine distribution/conspiracy related documentary evidence and equipment/supplies on and about the person of CARLISS RASHAAN EADY (hereafter referred to as "CARLISS EADY"). This affiant, after obtaining and reviewing information, believes there is evidence of conspiracy to distribute methamphetamine and/or distribution of methamphetamine on and about the person of CARLISS EADY in violation of 21 USC 846/841(a)(1) and 841(a)(1).

3. I am a Special Agent with the Drug Enforcement Administration (DEA) and have been so employed for approximately (30) years. During my employment I have received comprehensive classroom training from the DEA in specialized narcotic investigative matters including but not limited to drug interdiction, drug detection, money laundering techniques and schemes, smuggling, and the investigation of individuals and organizations involving the smuggling, cultivation, manufacturing, and illicit trafficking of controlled substances and controlled substance precursors. I have participated in the investigations and subsequent arrests of hundreds of individuals involved with the trafficking of methamphetamine (a Schedule II controlled substance). I have also executed hundreds of search warrants related to the trafficking and manufacturing of methamphetamine.

4. The facts set forth in this affidavit are known to me as a result of my participation in the investigation of CARLISS EADY, my training and experience, information provided to me by other law enforcement officers, and information provided to me by an admitted methamphetamine trafficker. Any reference to the gender of any unnamed person within this affidavit does not necessarily reflect the true gender of said person.

5. During September 2021, an investigation into the methamphetamine trafficking activities of Charlie STILTNER revealed that Charlie STILTNER resides within the Western District of Virginia and travels to Sullivan County, Tennessee (located within the Eastern District of Tennessee) to distribute methamphetamine. Since September 2021, a reliable confidential source (hereafter referred to as "CS") has performed multiple (four or more) controlled purchases (monitored, recorded, and surveilled by law enforcement) of ounce to multi-ounce quantities of methamphetamine from Charlie STILTNER within Sullivan County, Tennessee. Each of the controlled purchases involved multiple cellular telephone calls and/or texts between the CS and Charlie STILTNER coordinating said controlled purchases. During the most recent controlled purchase (occurring during the last week of October 2021), law enforcement surveilled Charlie STILTNER departing his known primary residence in Bristol, Virginia (identified as 618 Suffolk Avenue, Bristol, Virginia) and followed

him until his subsequent arrival at the meeting/sale location with the CS in Sullivan County, Tennessee. Upon completion of the controlled purchase, law enforcement followed Charlie STILTNER from the meeting/sale location directly back into the Western District of Virginia.

6. During the majority (75% or more) of the aforementioned controlled purchases, law enforcement observed Charlie STILTNER driving a red, 2008 Honda coupe with Tennessee license plate DBM-745 (registered to a third party) to and from the transactions. Law enforcement has often observed this red, 2008 Honda coupe parked at Charlie STILTNER's known primary residence (618 Suffolk Avenue, Bristol, Virginia).

7. The CS has advised law enforcement that Charlie STILTNER's methamphetamine source of supply is a black male who goes by the nickname "Hot Boy" [aka "Hot Boi" who has been identified by law enforcement as "CARLISS EADY"] and travels south of the Bristol, Virginia/Tennessee region in order obtain the methamphetamine he transports back into the Bristol, Virginia/Tennessee area and with which he subsequently supplies Charlie STILTNER.

8. A review of CARLISS EADY's cell phone records (records of a cellular telephone utilized by CARLISS EADY but not necessarily subscribed to by CARLISS EADY; the cell phone/cell phone number is hereafter referred to as "EADY's Cell Phone") and Charlie STILTNER's cell phone records revealed at least ninety-five cell phone to cell phone contacts (texts/calls) between the two phones from August 2021 through November 2021 including two (2) contacts on the day of the last controlled purchase of methamphetamine from Charlie STILTNER (reference ¶5 above), five (5) contacts on the day of a different controlled purchase of methamphetamine from Charlie STILTNER, and one (1) contact on the day of yet another controlled purchase of methamphetamine from Charlie STILTNER.

9. On November 15, 2021, approximately two (2) ounces of methamphetamine were seized by law enforcement from an individual (hereafter referred to as "Trafficker A") in Bristol, Virginia. Trafficker A subsequently provided the following information:

   - Trafficker A has obtained/distributed more than thirty (30) pounds of methamphetamine during the preceding six (6) months.

   - Trafficker A's methamphetamine source of supply is a black male named CARLISS EADY who goes by the nickname "Hot Boy".

   - CARLISS EADY makes weekly (sometimes bi-weekly) drug runs to the Chattanooga, Tennessee area where he obtains methamphetamine, cocaine, crack cocaine, marijuana, a small amount of heroin, and blue fentanyl pills he then brings back for distribution in the Bristol, Virginia/Tennessee area.

   - CARLISS EADY sells approximately eight (8) to ten (10) ounces of crack cocaine each week, eight (8) to ten (10) ounces of cocaine each week, ten (10) kilograms of methamphetamine every two (2) weeks, small quantities of heroin (charging $350 for every (3.5) grams), and a quantity of blue fentanyl pills.

- CARLISS EADY lives in a hotel room in Bristol, Virginia [Trafficker A described the hotel and room and law enforcement was subsequently able to identify the location (hereafter referred to as "Room A of the Budget Inn Express"; located at 101 Gate City Hwy, Bristol, Virginia); located within the Western District of Virginia]. Trafficker A has been in Room A of the Budget Inn Express with CARLISS EADY and observed approximately seven (7) kilos of methamphetamine under the bed in the room after CARLISS EADY returned from a drug run with ten (10) kilos of methamphetamine (by the time Trafficker A observed the methamphetamine, CARLISS EADY had already distributed three (3) of the kilograms of methamphetamine).

- Trafficker A has observed CARLISS EADY with as much as $40,000 United States Currency.

- CARLISS EADY is on probation out of the Chattanooga, Tennessee area.

- CARLISS EADY uses "Chris Rock's" apartment located at Harbor Landing Apartments in Bristol, Virginia [identified by law enforcement as the residence of Christopher Dan Shade at 195 Harbor Landing, Apt. 101, Bristol, Virginia; located within the Western District of Virginia] as a drug distribution location. Trafficker A has purchased methamphetamine from CARLISS EADY at this apartment about five (5) times during the preceding three to four weeks in two (2) ounce to one (1) pound quantities. Most recently, Trafficker A obtained two (2) ounces of methamphetamine from CARLISS EADY on November 12, 2021 at the Harbor Landing Apartment and obtained a pound of methamphetamine from CARLISS EADY at the Harbor Landing Apartment on November 14, 2021. [In addition to the two (2) ounces of methamphetamine seized from Trafficker A on November 15, 2021, approximately eight (8) additional ounces of methamphetamine were seized by law enforcement from Trafficker A's residence on this same date after Trafficker A gave consent to search his residence. According to Trafficker A, the methamphetamine seized from his person and his residence by law enforcement on November 15, 2021, was what remained of the one (1) pound of methamphetamine he obtained from CARLISS EADY on November 14, 2021.]

- Trafficker A owes CARLISS EADY several thousand dollars in drug debt.

- Trafficker A has a few of CARLISS EADY's cell phone numbers programmed in Trafficker A's cell phone. The newest cell number for CARLISS EADY is listed under "Hot B" in the "Contacts" listing in Trafficker A's cell phone.

- CARLISS EADY uses his cell phone to coordinate his drug sales via telephone calls and some text messaging.

- CARLISS EADY often has other individuals drive him around [law enforcement is aware that CARLISS EADY's Tennessee driver license is suspended].

10. Trafficker A subsequently showed this affiant recent texts she received from and sent to CARLISS EADY. The texts were from/to EADY's Cell Phone and listed under

"Hot B" in Trafficker A's cellular phone contact list (reference ¶9 Bullet 10 above). The messages were as follows (all spelling/misspelling/markings within quotes are as the texts appeared on Trafficker A's cellular telephone):

- October 10, 2021 - From EADY's Cell Phone: "Call me ASAP Hot Boi"

- October 13, 2021 - From EADY's Cell Phone: "This is Hot Boi call me on this number"

- November 12, 2021 - From EADY's Cell Phone: "Harbor Landing"
  [Trafficker A explained to this affiant that this message was CARLISS EADY's way of telling Trafficker A to go to the Harbor Landing Apartment to obtain methamphetamine from CARLISS EADY – reference ¶9 Bullet 8 above.]

- November 13, 2021 - From EADY's Cell Phone: "Call me ASAP"

- November 15, 2021 - From EADY's Cell Phone: "Call me ASAP"
  [This is the date law enforcement seized approximately two (2) ounces of methamphetamine from Trafficker A and approximately eight (8) ounces of methamphetamine from Trafficker A's residence.]

- November 16, 2021 - From EADY's Cell Phone: "A u need to get at me"

- November 17, 2021 - To EADY's Cell Phone: "A brother im gonna be be back around 7 tonight soon as I get back im coming to you. Listen to me brother I swear I didn't fuck off nothing so ill see ya tonight. I know ur passed off but I got you and I got ur money to. Remember I told you yesterday I just had to work it out well I did. Trust me p"

- November 17, 2021 - To EADY's Cell Phone: "you know ill be there you know I'm no liar and you know I'm always good"

  [Trafficker A explained to this affiant that the above two text messages sent on November 17, 2021 to EADY's Cell Phone were sent to reassure CARLISS EADY that Trafficker A was going to be good for the drug debt Trafficker A owes CARLISS EADY.]

- November 17, 2021 – From EADY's Cell Phone: "Will see"

11. During the last forty-five (45) days, law enforcement observed CARLISS EADY operating the red, 2008, Honda coupe (referenced in Paragraph 6 above) in the Harbor Landings Apartments parking lot. During this same forty-five (45) day time period, a license plate reader in the Chattanooga, Tennessee area detected the license plate that is affixed to the red, 2008, Honda coupe. On November 22, 2021, the Bristol Virginia Police Department received a complaint from a concerned citizen regarding continuous drug activity at Chris Shade's apartment (195 Harbor Landing, Apartment 101, Bristol, Virginia). The concerned citizen claimed to have counted

approximately thirty (30) people coming and going from the apartment in an hour span during the night of November 21, 2021.

12. On November 24, 2021, Trafficker A advised this affiant that CARLISS EADY is still making trips to the Chattanooga, Tennessee region and bringing back methamphetamine and other controlled substances to the Bristol, Virginia/Tennessee area for resale. Trafficker A stated that the next trip was planned for November 24-26, 2021. This was the last contact law enforcement had with Trafficker A (Trafficker A has not responded to law enforcement's request for an update/contact).

13. Law enforcement has been performing video surveillance of Room A of the Budget Inn Express since November 18, 2021. This is the hotel room identified by Trafficker A as being CARLISS EADY's residence (reference ¶9 Bullet 5 above). A black male consistent with CARLISS EADY's appearance (height, weight, hair) has been observed and noted as the primary occupant/resident of Room A of the Budget Inn Express (facial recognition has not been possible due to the distance between the video camera and the hotel room door) and has been observed traveling as a passenger in a number of vehicles with different drivers (reference ¶9 Bullet 11 above). A considerable number of visitors have been seen going to and from Room A of the Budget Inn Express and some have been seen entering Room A of the Budget Inn Express empty handed but then departing with a package. This activity occurs when the individual appearing to be CARLISS EADY is present in Room A of the Budget Inn Express. On December 2, 2021, law enforcement observed Trafficker A's motor vehicle parked outside of Room A of the Budget Inn Express and observed Trafficker A departing Room A of the Budget Inn Express itself. Trafficker A has not provided notice to law enforcement regarding any continued contacts with CARLISS EADY (reference ¶12 above).

14. During the first week of December 2021, Charlie STILTNER contacted the CS and advised that he has a supply of methamphetamine available for sale.

15. On December 3, 2021, this affiant received subpoenaed phone records for Trafficker A's cellular telephone. The records (covering a time period ending on December 2, 2021) revealed that between November 17, 2021 and December 2, 2021, there were approximately 175 contacts (texts/calls) between Trafficker A's cellular telephone and EADY's Cell Phone including approximately fifteen (15) such contacts on December 2, 2021.

16. A review of Trafficker A's criminal history revealed her prior conviction for manufacturing methamphetamine.

17. A review of CARLISS EADY's criminal history revealed his prior felony convictions for possession with intent to distribute (PWID) or distribution of cocaine, morphine, and marijuana. CARLISS EADY is currently on state probation out of Chattanooga, Tennessee in relation to his aforementioned felony convictions for PWID/distribution of morphine and marijuana. CARLISS EADY is also on federal probation in Chattanooga, Tennessee in relation to his conviction for being a felon in possession of a firearm (the original federal charges included PWID and/or distribution of cocaine and another charge, but those two offenses were dismissed

upon CARLISS EADY pleading guilty to being a felon in possession of a firearm and subsequently receiving a ten (10) year prison sentence). This affiant has spoken with CARLISS EADY's federal probation officer who advised that CARLISS EADY is in violation of his conditions of supervision by residing in Virginia. The probation officer also noted that he was aware that CARLISS EADY often travels between northeast Tennessee (the location of Bristol, Tennessee) and Chattanooga, Tennessee.

18. Based upon the above, this affiant and other experienced law enforcement officers involved with this investigation believe that CARLISS EADY is continuing to supply Bristol, Virginia/Tennessee with methamphetamine that he transports into the area from the Chattanooga, Tennessee region. Furthermore, it is also believed that Trafficker A is continuing to engage in a conspiracy to distribute methamphetamine with CARLISS EADY.

19. This affiant is aware based on his training, experience, and conversations with other law enforcement officers that individuals who illegally distribute methamphetamine and/or conspire to do so typically maintain methamphetamine distribution paraphernalia (digital scales, small Ziploc-type plastic bags etc.) and other items (documents etc.) as listed and explained on Attachment A (of the Application and Affidavit for Search Warrant to which this affidavit is attached) on and about their persons.

20. As law enforcement has been unable to detect a predictable travel pattern for CARLISS EADY, it is unknown as to what hour of the day or night law enforcement will encounter CARLISS EADY within the Western District of Virginia for the purpose of executing a federal search warrant upon his person.

21. Based upon the facts set forth above, I believe that there is probable cause for the issuance of a search warrant for the person of CARLISS EADY as there is probable cause to believe that there is evidence of a violation of 21 USC 846/841(a)(1) and/or 841(a)(1) on and about his person. Furthermore, I submit that Paragraph 20 above presents good/reasonable cause as to why the requested search warrant should be authorized for execution during any time of day or night.

_____          12-9-2021
Brian Snedeker, Special Agent (DEA)         Date

Subscribed and sworn to before me, ~~this the~~ telephonically ____ day of December in Abingdon, Virginia.

Pamela Meade Sargent
United States Magistrate Judge
Western District of Virginia

Reviewed by:

s/Roy F. Evans                              12-08-2021
Special Assistant United States Attorney              Date